IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TRITON IP, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 2:07-cv-172(DF) |
| | § | |
| **INFOR GLOBAL SOLUTIONS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court hereby TRANSFERS the above styled action to the Tyler Division of the Eastern District of Texas. It is so ORDERED.

**SIGNED this 1st day of June, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE